**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| WILLIAM C. MCDOW III,<br><br>    Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF HUMAN SERVICES; CHILD SUPPORT SERVICES, COVINGTON OFFICE; COMMISSIONER OF TENNESSEE DEPARTMENT OF HUMAN SERVICE, in official capacity; COMMISSIONER OF SOCIAL SECURITY, in official capacity; and DOES 1–10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 2:26-cv-02472-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff William C. McDow III's Complaint (ECF No. 2), filed April 27, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 23), all claims by McDow against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 9, 2026
Date